United State District Court



District of Maine

**NOTICE RE: TELEPHONE AND VIDEO HEARINGS**
April 3, 2020

Judicial Conference policy generally prohibits the broadcasting of proceedings in federal trial courts. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings pursuant to Judicial Conference policy (JCUS-SEP 94, pp. 46-47). This prohibition applies to counsel, the parties, the media and any member of the public.

Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.